**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                                  Case No.: 10-24860

Christopher Todd Aiello,                                                     Chapter 7

        Debtor.

_____/

**CERTIFICATE OF SERVICE**
**OF ORDER REGARDING MOTION TO LIFT STAY**

**I CERTIFY** that a true copy of the Order relating to the Motion for Relief from Stay filed by Creditor, **Sunshine Savings Bank**, was served on the parties listed below by U.S. Mail or electronic means on the date indicated as the filing date for this pleading on the Court CM/ECF system.

          **Thrasher & Heckman, P.A.**
          *Attorneys for Sunshine Savings Bank*

          By:  /s/ Chad D. Heckman
          Chad D. Heckman
          Florida Bar No. 0526029
          908 North Gadsden Street
          Tallahassee, Florida 32303-6316
          Voice: (850) 224-8685
          Fax:  (850) 224-1254
          Email:  bk@thrasherandheckman.com
          Web: www.thrasherandheckman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been furnished by U.S. Mail and/or electronic means via the CM/ECF system on the date indicated in CM/ECF as the electronic filing date of this pleading to:  Christopher Todd Aiello, 1134 Davis Rd, West Palm Beach, FL 33406-4904, Debtor (usual place of abode),  and Robert C. Furr, 2255 Glades Rd Ste 337W, Boca Raton, FL 33431-7379, Trustee (usual place of business).

          /s/ Chad D. Heckman
          Attorney